IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  10-cv-01504-CMA-MJW

HEARINGLIFE USA, INC., a Delaware corporation,

Plaintiff(s),

v.

GKH HOLDINGS, INC., a Colorado corporation, f/k/a
HEARINGCARE, INC., d/b/a INDEPENDENT AUDIOLOGY;
GUY HALLIGAN, an individual, and
KELLY HALLIGAN, an individual,

Defendant(s).

---

MINUTE ORDER

---

　　It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Settlement Conference and Related Deadlines (docket no. 60) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as to vacating the Settlement Conference ONLY.  The Settlement Conference set on December 15, 2010, at 10:00 a.m. before Magistrate Judge Watanabe is VACATED.  The remainder of the relief sought in this motion is DENIED.

Date:  December 8, 2010