**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01504-CMA-MJW

HEARINGLIFE USA, INC., a Delaware corporation,

    Plaintiff,

v.

GKH HOLDINGS, INC., a Colorado corporation, f/k/a Hearing Care, Inc.,
d/b/a Independent Audiology,
GUY HALLIGAN, an individual, and
KELLY HALLIGAN, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(ii) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 83) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and fees.

DATED:  June   06  , 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge